B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re   Kerry and Michael Blatzer    ,                Case No.  11-22984 JTM
         Debtor

                                                      Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** Provident Funding Associates, L.P.                **Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  0  1  0  8

**Date of payment change:** 02/01/2014
Must be at least 21 days after date of this notice                       mm/dd/yyyy

**New total payment:**  $ 2,322.83
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $ 292.07        New escrow payment:  $ 284.53

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %          New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____        New mortgage payment:  $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Benjamin J. Mann
Signature

Date 12/12/2013
mm/dd/yyyy

**Print:** Benjamin    J.    Mann
First Name    Middle Name    Last Name

Title Attorney at Law

Company Halliday, Watkins & Mann, P.C.

Address 376 East 400 South, Suite 300
Number    Street

Salt Lake City    Utah    84111
City    State    ZIP Code

Contact phone (801) 355-2886

Email ben@hwmlawfirm.com

## MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed by first class mail, postage prepaid, or via ECF, this 12th day of December, 2013, to each of the following:

| | |
|---|---|
| Kerry and Michael Blatzer<br>9582 South Equestrian Park Circle<br>Sandy, Utah 84092<br>Debtors | Jeffrey C. Shorter<br>Via ECF<br>Debtors' Attorney |
| United States Trustee<br>Via ECF | Kevin R. Anderson<br>Via ECF<br>Chapter 13 Trustee |

    /s/ Benjamin J. Mann
Benjamin J. Mann

# Provident Funding®
**The Mortgage Price Leader**

Send Payments to our Payment Processing Vendor:
P.O. Box 513738
Los Angeles, CA 90051-3738
For Inquiries: (800) 696-8199

Analysis Date: 12/5/2013

Loan ID: 

**IMPORTANT HOME LOAN INFORMATION ENCLOSED**

KERRY L. KUEHN
9582 SO. EQUESTRIAN PARK
CIRCLE
SANDY, UT 84092

Property Address:
**9582 SO. EQUESTRIAN PARK
CIRCLE
SANDY, UT 84092**

## Annual Escrow Account Disclosure Statement Account History

| Current Payment | | New Payment - Effective 2/1/2014 | |
|---|---|---|---|
| Principal & Interest Payment | $2,038.30 | Principal & Interest Payment | $2,038.30 |
| Escrow Payment | $292.07 | Assistance payment (-) | $0.00 |
| Other Funds Payment | $0.00 | Unadjusted Escrow Payment | $284.53 |
| Assistance payment (-) | $0.00 | Shortage amount | $0.00 |
| Total payment | $2,330.37 | Surplus amount | $0.00 |
| | | Total new payment | $2,322.83 |

This Statement gives you a summary of the actual activity in your escrow account and a detailed projection of the anticipated activity in your escrow account for the coming year.

### Actual Activity Summary from 2/1/2013 - 12/5/2013

| Date | Anticipated Payments to Escrow | Actual Payments to Escrow | Anticipated Payments from Escrow | Actual Payments from Escrow | Description | Required Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | | $969.41 |
| Feb 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $1,261.48 | $1,261.48 |
| Mar 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $1,553.55 | $1,553.55 |
| Apr 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $1,845.62 | $1,845.62 |
| May 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $2,137.69 | $2,137.69 |
| May 2013 | $0.00 | $0.00 | $848.00 | $0.00 | Hazard insurance* | $1,289.69 | $2,137.69 |
| Jun 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $1,581.76 | $2,429.76 |
| Jul 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $1,873.83 | $2,721.83 |
| Aug 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $2,165.90 | $3,013.90 |
| Sep 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $2,457.97 | $3,305.97 |
| Oct 2013 | $292.07 | $292.07 | $0.00 | $0.00 | | $2,750.04 | $3,598.04 |
| Nov 2013 | $292.07 | $292.07 | $0.00 | $2,760.31 | County taxes* | $3,042.11 | $1,129.80 |
| Nov 2013 | $0.00 | $0.00 | $2,656.82 | $0.00 | County taxes* | $385.29 | $1,129.80 |
| Dec 2013 | $292.07 | $0.00 | $0.00 | $490.94 | Surplus Disb.* | $677.36 | $638.86 |
| | | | | | Anticipated | | |
| Dec 2013 | $0.00 | $292.07 | $0.00 | $0.00 | | | $930.93 |
| Jan 2014 | $0.00 | $292.07 | $0.00 | $0.00 | | | $1,223.00 |
| Jan 2014 | $0.00 | $0.00 | $0.00 | $654.00 | | | $569.00 |
| Total | | | | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you would like further clarification please call our toll-free number (800) 696-8199. Actual Payment to Escrow (if your mortgage payment was applied prior to the payment due date, it will appear within the month it was posted). The escrow deposit will not necessarily be reflected in the month it was due.

**Ending Escrow Balance Calculation**

| | |
|---|---|
| Due Date | 12/1/2013 |
| Escrow Balance | $1,129.80 |
| Anticipated Payments to Escrow | $584.14 |
| Anticipated Payments from Escrow | ($654.00) |
| ** Anticipated Escrow Balance | $1,059.94 |

**(This will be used as the starting balance for your 12-month projection on the next page)

In your last analysis we anticipated that payments from your account would be made during this period equaling $3,504.82. Under Federal law, your lowest monthly balance should not have exceeded $584.14, two months of your unadjusted escrow payment or 1/6 of the anticipated payments from the account.

Analysis Date: 12/5/2013                                                                 Loan ID

### Please read, as your monthly mortgage payment may be changing

**Annual Escrow Account Disclosure Statement**
12-month projection (possible payment change information below)

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To escrow | From escrow | | Anticipated | Required |
| | | | Starting Balance | $1,059.94 | $569.00 |
| February 2014 | $284.53 | $0.00 | | $1,344.47 | $853.53 |
| March 2014 | $284.53 | $0.00 | | $1,629.00 | $1,138.06 |
| April 2014 | $284.53 | $0.00 | | $1,913.53 | $1,422.59 |
| May 2014 | $284.53 | $0.00 | | $2,198.06 | $1,707.12 |
| June 2014 | $284.53 | $0.00 | | $2,482.59 | $1,991.65 |
| July 2014 | $284.53 | $0.00 | | $2,767.12 | $2,276.18 |
| August 2014 | $284.53 | $0.00 | | $3,051.65 | $2,560.71 |
| September 2014 | $284.53 | $0.00 | | $3,336.18 | $2,845.24 |
| October 2014 | $284.53 | $0.00 | | $3,620.71 | $3,129.77 |
| November 2014 | $284.53 | $0.00 | | $3,905.24 | $3,414.30 |
| November 2014 | $0.00 | $2,760.31 | County taxes | $1,144.93 | $653.99 |
| December 2014 | $284.53 | $0.00 | | $1,429.46 | $938.52 |
| January 2015 | $284.53 | $0.00 | | $1,713.99 | $1,223.05 |
| January 2015 | $0.00 | $654.00 | Hazard Insurance | $1,059.99 | $569.05 |
| **Total** | **$3,414.36** | **$3,414.31** | | | |

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,059.94. Your starting balance (escrow balance required) according to this analysis should be $569.00. This means you have a surplus of $490.94.

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. A surplus will be mailed out under separate cover.

Your escrow balance contains a cushion of $569.05. A cushion is an additional amount of funds held in your escrow account to prevent the balance from becoming overdrawn, or negative, in case of a Property tax or Hazard Insurance increase. Under Federal law, your lowest escrow balance during the projected year should not fall below $569.05 or 2 months of escrow payments.

| Escrow Payment Calculation | | | |
|---|---|---|---|
| Unadjusted Escrow Payment (1/12 of your total annual expenses) | $284.53 | Principal & Interest Payment | $2,038.30 |
| Surplus amount | $0.00 | Escrow Payment | $284.53 |
| Shortage Amount (1/12 of the shortage listed above. Removed once shortage is paid in full) | $0.00 | Other funds payment | $0.00 |
| Rounding adjustment amount | | Assistance payment (-) | $0.00 |
| Total escrow payment | $284.53 | Total payment | $2,322.83 |